*POSTED ON WEBSITE*
*NOT FOR PUBLICATION*

FILED

NOV 3 0 2007

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:  ) | Case No. 06-22225-D-7 |
| BETSEY WARREN LEBBOS,  ) | Docket Control No. BWL-11 |
| Debtor.  ) | |

**This memorandum decision is not approved for publication and may not be cited except when relevant under the doctrine of law of the case or the rules of claim preclusion or issue preclusion.**

<u>MEMORANDUM DECISION DENYING APPLICATION FOR STAY
OF PROCEEDINGS PENDING TWELVE APPEALS BY THREE PARTIES</u>

On November 21, 2007, Betsey Warren Lebbos ("the Debtor") filed an Application for A Stay of Proceedings Pending Twelve Appeals by Three Parties ("the Application") in this bankruptcy case. On the same day, she filed similar applications in the two adversary proceedings presently pending in this bankruptcy case, <u>Schuette v. Lebbos</u>, Adv. No. 07-2006, and <u>Alonso v. Lebbos</u>, Adv. No. 06-2314. Each of the applications refers to certain appeals from earlier orders of this court presently pending in the Ninth Circuit Bankruptcy Appellate Panel and the Ninth Circuit Court of Appeals.

The Debtor has appealed from orders denying her motions to terminate the appointment of the trustee in this case and her counsel, to dismiss this case, to transfer the venue of this case, and to disqualify the undersigned as the bankruptcy judge in this case. As a defendant in <u>Schuette v. Lebbos</u>, the Debtor

has appealed from orders denying her motions to disqualify the undersigned, to dismiss the adversary proceeding, and to transfer venue. Her co-defendants in that adversary proceeding, Jason Gold and Thomas Carter, have appealed from orders denying their motions to disqualify the undersigned, to dismiss the proceeding, and to transfer venue. Finally, as the defendant in <u>Alonso v. Lebbos</u>, the Debtor has appealed from orders denying her motions to disqualify the undersigned, to transfer venue, and for summary judgment.

The Bankruptcy Appellate Panel has issued rulings in five of these appeals; it appears the Debtor has appealed the Panel's rulings to the Ninth Circuit Court of Appeals. Other appeals remain pending in the Bankruptcy Appellate Panel, and the Debtor makes reference in the Application to "three pending appeals which are going to be transferred to the District Court." Application at 5:2-10.

The Application is brought pursuant to Federal Rules of Bankruptcy Procedure 7062 and 8005. It is not entirely clear that the Debtor is requesting a stay of enforcement of the particular orders on appeal. From the Application, it appears more likely that she seeks a stay of the proceedings as a whole; that is, a stay of all proceedings in the bankruptcy case and in the two adversary proceedings.[1]

Either way, the court concludes that the Debtor's arguments have previously been presented in great detail, not only in the

---

1. Pursuant to Fed. R. Bankr. P. 8005, a bankruptcy judge may suspend or allow the continuation of other proceedings in the case during the pendency of an appeal from a particular order.

- 2 -

substantive motions themselves, but in prior motions for a stay pending appeal, that the court has carefully considered and sometimes reconsidered those arguments, together with the evidence presented by the Debtor, and that nothing in the present Application persuades the court (1) that the Debtor is likely to succeed on the merits of her appeals or her contemplated motion to dismiss this case and (2) that the absence of a stay creates the possibility of irreparable injury to her. Similarly, she has not shown the existence of serious questions going to the merits of her appeals or her intended motion, and has failed to show that a balancing of the hardships tips in her favor. See <u>Tribal Village of Akutan v. Hodel</u>, 859 F.2d 662, 663 (9th Cir. 1988); <u>Cadance Design Sys. v. Avant! Corp.</u>, 125 F.3d 824, 826 (9th Cir. 1997).

    Accordingly, the court will deny the Application.

Dated: November 30, 2007

ROBERT S. BARDWIL
United States Bankruptcy Judge

## CERTIFICATE OF MAILING

The undersigned deputy clerk in the office of the United States Bankruptcy Court for the Eastern District of California hereby certifies that a true copy of the attached document was mailed today to the following entities listed at the address(es) shown below:

Office of the United States Trustee
501 "I" Street, 7th Floor
Sacramento, CA 95814

Linda Schuette
P.O. Box 743
Palo Cedro, CA 96073

Michael Dacquisto
1901 Court Street
Redding, CA 96001

Betsey Warren Lebbos
P.O. Box 41306
Long Beach, CA 90853-1306

DATE: November 30, 2007                     _____
                                            Andrea Lovgren