

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

In re:                              ) Case No. 06-22225-D-7
                                    )
BETSEY WARREN LEBBOS,               )
                                    )
                                    )
            Debtor.                 )
_____)

### MEMORANDUM ON CERTIFICATION

On January 28, 2008, Betsey Warren Lebbos ("the Debtor") filed a Notice of Appeal from this court's civil minute order dated January 17, 2008 denying the Debtor's motion to terminate the trustee in this case ("the Appeal").

This court is fully knowledgeable about the conduct of the Debtor in this bankruptcy case and related adversary proceedings, including <u>Schuette v. Lebbos</u>, Adv. No. 07-2006. <u>See</u> Memorandum Decision issued February 13, 2008, on the motion of the chapter 7 trustee, as the plaintiff in that adversary proceeding, for terminating sanctions, Docket Number 409 in Adv. No. 07-2006. Based on such conduct, the court finds that the Appeal is not taken in good faith.

The court will issue a certification pursuant to 28 U.S.C. § 1915(a)(3) consistent with this memorandum.

Dated: March 13, 2008

                                    /s/ Robert Bardwil
                                    ROBERT S. BARDWIL
                                    United States Bankruptcy Judge

## CERTIFICATE OF MAILING

The undersigned deputy clerk in the office of the United States Bankruptcy Court for the Eastern District of California hereby certifies that a true copy of the attached document was mailed today to the following entities listed at the address(es) shown below:

Office of the United States Trustee
501 "I" Street, 7th Floor
Sacramento, CA 95814

Linda Schuette
P.O. Box 743
Palo Cedro, CA 96073

Michael Dacquisto
1901 Court Street
Redding, CA 96001

Betsey Warren Lebbos
P.O. Box 41306
Long Beach, CA 90853-1306

DATE: March 13, 2008                    _____
                                              Andrea Lovgren