*POSTED ON WEBSITE*
*NOT FOR PUBLICATION*

FILED

AUG - 2 2010

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

In re:                                                ) Case No. 06-22225-D-7
                                                      )
BETSEY WARREN LEBBOS,                                 )
                                                      )
                                                      )
                Debtor.                               )
_____)

**This memorandum decision is not approved for publication and may not be cited except when relevant under the doctrine of law of the case or the rules of claim preclusion or issue preclusion.**

**MEMORANDUM DECISION**

On July 19, 2010, the debtor herein, Betsey Warren Lebbos, filed an Affidavit in Support of Disqualification of Honorable Robert Bardwil ("the Motion"), by which she seeks the recusal of the undersigned as the judge in this case. The debtor has previously sought the disqualification of the undersigned in this parent bankruptcy case and in adversary proceedings pending in this case. Her requests have been denied.

The court has reviewed the Motion and concludes that it is grounded on the debtor's dissatisfaction with the court's prior rulings in the parent case and in the adversary proceedings. The cases are uniform that a "judge's adverse rulings in the course of a judicial proceeding almost never constitute a valid basis for disqualification based on bias or partiality." 12 James Wm. Moore, <u>Moore's Fed. Practice</u> § 63.21[4], at 63-39 (3d. ed. 2006) (citing cases); <u>see also</u> <u>Liteky v. United States</u>, 510 U.S. 540, 554-55 (1994).

Further, the court remains persuaded, as it was on the debtor's earlier requests for disqualification, that the court is unbiased and impartial. The court also cannot find that "'a reasonable person with knowledge of all of the facts would conclude that the judge's impartiality might reasonably be questioned'." See In re Georgetown Park Apts., Ltd., 143 B.R. 557, 559 (9th Cir. BAP 1992), quoting United States v. Nelson, 718 F.2d 315, 321 (9th Cir. 1983) (other citations omitted).

For the reasons stated, the court finds that the debtor has not met her burden under 28 U.S.C. § 455(a) of overcoming the presumption of impartiality and demonstrating that the impartiality of the undersigned might reasonably be questioned. Nor has she demonstrated grounds for disqualification under 28 U.S.C. § 455(b). For these reasons, the Motion will be denied.

The court will issue an order consistent with this memorandum.

Dated: August 2, 2010

*/s/ Robert Bardwil*
ROBERT S. BARDWIL
United States Bankruptcy Judge

**CERTIFICATE OF MAILING**

    The undersigned deputy clerk in the office of the United States Bankruptcy Court for the Eastern District of California hereby certifies that a true copy of the attached document was mailed today to the following entities listed at the address(es) shown below:

Office of the United States Trustee
501 "I" Street, 7th Floor
Sacramento, CA 95814

Linda Schuette
P.O. Box 743
Palo Cedro, CA 96073

Michael Dacquisto
1901 Court Street
Redding, CA 96001

Betsey Warren Lebbos
P.O. Box 41306
Long Beach, CA 90853-1306

George Alonso, Jr.
357 W Main Street, #203
Merced, CA 95340

Jeralyn Spradlin
500 E Calaveras Blvd., #203
Milpitas, CA 95035

DATE: August 2, 2010                    _____
                                                 Andrea Lovgren